UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CMR CONSTRUCTION & ROOFING LLC,
as assignee of HAROLD OUSLEY and
NORA OUSLEY,

    Plaintiff,

v.                                  Case No.: 2:19-cv-00345-JLB-NPM

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## ORDER

The parties have filed a Joint Stipulation For Dismissal Of Action With Prejudice (Doc. 32) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Stipulation is self-executing.  <u>Anago Franchising, Inc. v. Shaz</u>, 677 F.3d 1272, 1278 (11th Cir. 2012).  Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs, expenses, and attorneys' fees.  The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on September 22, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE